■ WARNER BROS. DOMESTIC TELEVISION DISTRIBUTION, INC., Appellant-Respondent, v QUINTEL ENTERTAINMENT, INC., Respondent, and D.M. MEDIA MANAGEMENT, INC., Respondent-Appellant. [671 NYS2d 972] —Order, Supreme Court, New York County (Lewis Friedman, J.), entered September 30, 1997,

unanimously affirmed for the reasons stated by Friedman, J., with costs and disbursements. No opinion. Concur—Milonas, J. P., Ellerin, Tom, Mazzarelli and Saxe, JJ.